■ In the Matter of STEPHEN HARVEY SEIGEL, a Disbarred Attorney.—Petitioner's application denied with leave to renew

as indicated in the order of this Court. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Kupferman, JJ.